Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

**In re:  Case No.:  09–34112 WIL     Chapter:  13**

Don Curtis Foland
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 12/30/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 12/30/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, E Alexandris301–344–3317